IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| HAWAII CARPENTERS TRUST FUNDS, ET AL., | ) ) ) | CV 16–00011 DKW-RLP |
| Plaintiffs, | ) ) | ORDER ADOPTING MAGISTRATE JUDGE'S |
| vs. | ) ) | FINDINGS AND RECOMMENDATION |
| PACIFIC CONCRETE WORKS, LLC, ET AL., | ) ) ) | |
| Defendants. | ) | |
| _____ | ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties

on May 10, 2016, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that,  pursuant to Title 28,

United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and

Recommendation to Grant Plaintiffs Motion for Entry of Default Judgment

Against Pacific Concrete Works, LLC" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: May 27, 2016 at Honolulu, Hawai'i.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

---

*Hawaii Carpenters Trust Funds, et al. vs. Pacific Concrete Works, LLC, et al.;*
Civil No. 16-00011 DKW-RLP; **ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION**